**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tonedius A. Everett** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–6700 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Sharon D. Everett** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–5536 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Texas** | Date case filed in chapter **13** | 11/15/16 |
| Case number: | **16–42079** | Date case converted to chapter **7** | 2/19/19 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Tonedius A. Everett | Sharon D. Everett |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2125 Brenham Drive <br> Heartland, TX 75126 | 2125 Brenham Drive <br> Heartland, TX 75126 |
| 4. | **Debtor's attorney** <br> Name and address | Richard A. Pelley <br> 905 N. Travis St <br> Sherman, TX 75090 | Contact phone (903) 813–4778 <br> Email _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Christopher Moser <br> 2001 Bryan Street, Suite 1800 <br> Dallas, TX 75201 | Contact phone (214) 880–1805 <br> Email _____ |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| # | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Suite 300B <br> 660 North Central Expressway <br> Plano, TX 75074 | Hours open Mon–Fri 8am–4pm <br><br> Contact phone (972)509–1240 <br><br> Date: 2/20/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 18, 2019 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Plano Event Center, (Use EAST Parking Lot), 2000 E. Spring Creek Pkwy., Plano, TX 75074** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 5/17/19 |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court
Eastern District of Texas

In re:
Tonedius A. Everett
Sharon D. Everett
    Debtors

Case No. 16-42079-btr
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: carterl     Page 1 of 2     Date Rcvd: Feb 20, 2019
                       Form ID: 309A     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2019.

```
db/db          +Tonedius A. Everett,    Sharon D. Everett,    2125 Brenham Drive,    Heartland, TX 75126-0618
aty            +Christopher K. Baxter,    Marinosci & Baxter,    14643 Dallas Parkway,    Suite 750,
                 Dallas, TX 75254-8884
aty            +Jonathan M. Williams,    14643 Dallas Parkway,    Suite 750,    Dallas, TX 75254-8884
aty            +Judd A. Austin, Jr.,    Henry Oddo Austin & Fletcher,    1700 Pacific Avenue,    Suite 2700,
                 Dallas, TX 75201-4634
aty            +Melissa L. Palo,    Linebarger Goggan Blair & Sampson LLP,
                 2777 N. Stemmons Freeway, Suite 1000,    Dallas, TX 75207-2328
aty            +Philip S. Traynor,    Marinosci Law Group, P.C.,    14643 Dallas Parkway, Suite 750,
                 Dallas, TX 75254-8884
tr             +Christopher Moser,    2001 Bryan Street, Suite 1800,    Dallas, TX 75201-3070
cr             +Cenlar FSB as servicer for Lakeview Loan Servicing,    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
cr             +Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,    Dept Conns,
                 Malvern, PA 19355-0702
cr             +Kaufman County,    Linebarger Goggan Blair & Sampson,LLP,    c/o Melissa Palo,
                 2777 N Stemmons Freeway,    Suite 1000,    Dallas, TX 75207-2328
7200608        +Cenlar FSB,    Lakeview Loan Servicing, LLC,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
7239738        +Conn Appliances, Inc dba Conns HomePlus,    For Conn Credit I, LP,    c/o Becket & Lee LLP,
                 PO Box 3002 Dept. Conns,    Malvern, PA 19355-0702
7200609        +Conn’s,    3450 Bainbridge Dr., #520,    Dallas, TX 75237-2814
7225362        +Heartland Community Association,    c/o Capital Consultants Management Corpo,
                 2009 Stonewood Court,    Heartland, TX 75126-8916
7200610        +Heartland Community Association,    8360 E. Via De Ventura,    Building L, Suite 100,
                 Scottsdale, AZ 85258-3172
7209363        +Kaufman County,    Linebarger Goggan Blair & Sampson, LLP,    c/o Melissa L. Palo,
                 2777 N. Stemmons Freeway,    Suite 1000,    Dallas, TX 75207-2328
7200611        +Marinosci Law Group, PC,    14643 Dallas Parkway, Suite 750,    Dallas, TX 75254-8884
7211773         National Credit Adjusters, LLC,    Attn: Bankruptcy Department,    P.O. Box 3023,
                 Hutchinson, K.S. 67504-3023
7200612        +Pelley Law Offices,    905 N. Travis,    Sherman, TX 75090-5022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: rap@pelleylaw.com Feb 21 2019 02:53:51     Richard A. Pelley,    905 N. Travis St,
                 Sherman, TX   75090
tr             +EDI: FCJMOSER Feb 21 2019 07:33:00      Christopher Moser,    2001 Bryan Street, Suite 1800,
                 Dallas, TX 75201-3070
ust            +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Feb 21 2019 02:54:29     US Trustee,
                 Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
7276017        +EDI: CINGMIDLAND.COM Feb 21 2019 07:33:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
7204368         EDI: GMACFS.COM Feb 21 2019 07:33:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
7200607         EDI: CAPITALONE.COM Feb 21 2019 07:33:00      Capital One,    P.O. Box 60599,
                 City of Industry, CA 91716-0599
7593454         E-mail/Text: camanagement@mtb.com Feb 21 2019 02:54:25     M&T Bank,    PO Box 840,
                 Buffalo , NY 14240-0840
7282922         EDI: PRA.COM Feb 21 2019 07:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
7275507        +EDI: ATTWIREBK.COM Feb 21 2019 07:33:00      Southwestern Bell Telephone Company,
                 %AT&T Services, Inc,    Karen A Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
                                                                                               TOTAL: 9
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              M&T Bank, as servicing agent for Lakeview Loan Ser
cr*            +Heartland Community Association,    c/o Capital Consultants Management Corpo,
                 2009 Stonewood Court,   Heartland, TX 75126-8916
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0540-4          User: carterl              Page 2 of 2            Date Rcvd: Feb 20, 2019
                              Form ID: 309A              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
              Carey D. Ebert    on behalf of Trustee Carey D. Ebert, ECFch13plano@ch13plano.com
              Carey D. Ebert,    ECFch13plano@ch13plano.com
              Christopher Moser     cmoser@qslwm.com,
               cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net
              Christopher K. Baxter    on behalf of Creditor   Cenlar FSB as servicer for Lakeview Loan
               Servicing, LLC. TXBK@mlg-defaultlaw.com
              Christopher K. Baxter    on behalf of Creditor    M&T Bank, as servicing agent for Lakeview Loan
               Servicing LLC TXBK@mlg-defaultlaw.com
              Jonathan M. Williams    on behalf of Creditor   Cenlar FSB as servicer for Lakeview Loan Servicing,
               LLC. txbk@mlg-defaultlaw.com
              Judd A. Austin, Jr.    on behalf of Creditor   Heartland Community Association bankruptcy@hoaf.com
              Melissa L. Palo    on behalf of Creditor   Kaufman County melissa.palo@lgbs.com,
               Julie.wilson@lgbs.com
              Philip S. Traynor    on behalf of Creditor    M&T Bank, as servicing agent for Lakeview Loan
               Servicing LLC ecf@mlg-defaultlaw.com
              Richard A. Pelley    on behalf of Debtor Sharon D. Everett rap@pelleylaw.com,
               pacernotices@pelleylaw.com
              Richard A. Pelley    on behalf of Debtor Tonedius A. Everett rap@pelleylaw.com,
               pacernotices@pelleylaw.com
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                           TOTAL: 12
```